UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mark Ceralde, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> Equifax Information Services, LLC, <br><br> Defendant(s). | 2:25-cv-00306-JCM-MDC <br><br> **ORDER DENYING STIPULATION** |

**IT IS ORDERED that** the *Stipulated Discovery Plan and Scheduling Order* (ECF No. 16) is **DENIED WITHOUT PREJUDICE**. The stipulation does not comply with LR 26-1 and the Court's prior order (ECF No. 14). The proposed discovery deadline of October 6, 2025, is more than 180 days from March 18, 2025. The parties do not request special review and provide good cause for longer requested discovery. The parties shall file an amended stipulation in compliance with the rules and this court's prior order (ECF No. 14) by May 16, 2025.

DATED this 14th day of May 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge