Landon T. Maxwell AZ #038439
Admitted Pro Hac Vice
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85TH Way,
Scottsdale, AZ 85258
Tel: 480-626-1975
Fax: 480-613-7733
Email: lmaxwell@consumerjustice.com

Michael Yancey III, NV Bar No. 16158
**CONSUMER JUSTICE LAW FIRM PLC**
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Fax: (480) 613-7733
Email: myancey@consumerjustice.com

*Attorney for Plaintiffs*
*Mark and Anna Ceralde*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK CERALDE and ANNA CERALDE, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | Case No.:   2:25-cv-306-JCM-MDC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41, Plaintiffs Mark Ceralde & Anna Ceralde ("Plaintiffs") and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax.

1

Plaintiff and Defendant Equifax have agreed that all attorneys' fees and costs are to be paid as indicated in the parties' settlement agreement and release.

RESPECTFULLY SUBMITTED this 18th day of August 2025.

By: *Landon T. Maxwell*
Landon T. Maxwell AZ #038439
Admitted Pro Hac Vice
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85TH Way,
Scottsdale, AZ 85258
Tel: 480-626-1975
Fax: 480-613-7733
Email: lmaxwell@consumerjustice.com

Michael Yancey III, NV Bar No. 16158
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Fax: (480) 613-7733
Email: myancey@consumerjustice.com

*Attorney for Plaintiffs*
*Mark and Anna Ceralde*

By: */s/ Gia N. Marina*
GIA N. MARINA
CLARK HILL PLC
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com;
Telephone: (702) 862-8300;
Facs: (702) 778-9709

*Attorney for Defendant*
*Equifax Information Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Mari Cervantes*

Landon T. Maxwell AZ #038439
Admitted Pro Hac Vice
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85TH Way,
Scottsdale, AZ 85258
Tel: 480-626-1975
Fax: 480-613-7733
Email: lmaxwell@consumerjustice.com

Michael Yancey III, NV Bar No. 16158
**CONSUMER JUSTICE LAW FIRM PLC**
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Fax: (480) 613-7733
Email: myancey@consumerjustice.com

*Attorney for Plaintiffs*
*Mark and Anna Ceralde*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARK CERALDE and ANNA CERALDE, | Case No.:  2:25-cv-306-JCM-MDC |
| Plaintiffs, | **ORDER OF STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

Upon review of the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

1

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services, LLC.

**IT IS SO ORDERED**:

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** August 21, 2025 _____

2